**Order entered May 30, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00619-CV

### IN RE JAMES MCCOY, Relator

**Original Proceeding from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F02-02115-V**

## ORDER

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus. We **DENY** relator's motion for leave to proceed in forma pauperis and motion for leave to submit fewer copies as moot, although we have considered the petition without payment of the mandamus filing fee and the required number of copies. We **ORDER** relator to bear the costs of this original proceeding.

/s/    DAVID L. BRIDGES
        JUSTICE